**Electronically Filed
Supreme Court
SCWC-24-0000573
05-JAN-2026
01:14 PM
Dkt. 7 ODAC**

SCWC-24-0000573

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellant,

vs.

CHARLES NGUYEN, also known as CHARLES AU NGUYEN,
Petitioner/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000573; CASE NO. 1DTA-24-00578)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, and Ginoza, JJ.,
Circuit Judge Cahill, in place of Devens, J., recused, and
Circuit Judge Kubota, assigned by reason of vacancy)

Petitioner/Defendant-Appellee Charles Nguyen, also known as Charles Au Nguyen's application for writ of certiorari filed on November 24, 2025, is rejected.

DATED: Honolulu, Hawai'i, January 5, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Peter T. Cahill

/s/ Peter K. Kubota

